Entered: June 4th, 2024

Signed: June 4th, 2024

**SO ORDERED**

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re: Case No.: **24−12856 − LSS** Chapter: **13**

**Vernon Charles Thomas**
Debtor

## ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN WITHOUT LEAVE TO AMEND

Having held a hearing on confirmation of the Chapter 13 Plan proposed by the Debtor, and having concluded that the proposed Plan does not fulfill the requirements for confirmation set out in 11 U.S.C. § 1325 and that the Debtor is unable to file a Plan that is susceptible of confirmation, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that confirmation of the Chapter 13 Plan proposed by the Debtor is denied without leave to amend or to file another Plan or modification of a Plan; and it is further

ORDERED, that if, within fourteen (14) days from the date of entry of this Order, this case is not converted to a case under another chapter or voluntarily dismissed, then this case may be dismissed by the Court pursuant to 11 U.S.C. § 1307(c)(5)) without further notice or hearing.

cc: Debtor
Attorney for Debtor − William A Grafton
Case Trustee − Timothy P. Branigan

**End of Order**

08x04a (rev. 04/04/2006) − MarkRybczynski