Entered: August 5, 2024
Signed: August 5, 2024

**SO ORDERED**

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re: Case No.: **24−12856 − LSS** Chapter: **13**

**Vernon Charles Thomas**
Debtor

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

It appearing to the Court that the Trustee in the above−entitled case has performed all duties required of him/her in the administration of said estate;

ORDERED, that the said estate be and it hereby is closed; that the Trustee be and he/she hereby is discharged from and relieved of his/her trust.

cc: Case Trustee − Timothy P. Branigan

**End of Order**

odsctr − MarkRybczynski